# Exhibit 1

| Def No. | Storename | Located in file | Page |
|---------|-----------|-----------------|------|
| 1 | Arrives in 15 days- US | Exh. 1 - part 1.pdf | 3 |
| 2 | CNRYRIO-US | Exh. 1 - part 1.pdf | 6 |
| 3 | dapeng | Exh. 1 - part 1.pdf | 9 |
| 4 | Gzzhongjiemaoyiyouxiangongsi | Exh. 1 - part 1.pdf | 12 |
| 5 | HTC Group | Exh. 1 - part 1.pdf | 14 |
| 6 | Meik-Mangni | Exh. 1 - part 1.pdf | 17 |
| 7 | MICHHH | Exh. 1 - part 1.pdf | 19 |
| 8 | Mishansha | Exh. 1 - part 1.pdf | 22 |
| 9 | QWQQW | Exh. 1 - part 1.pdf | 26 |
| 10 | Te Xin Sheng-US Trading Ltd. | Exh. 1 - part 1.pdf | 29 |
| 11 | TLBBTS | Exh. 1 - part 1.pdf | 32 |
| 12 | Wanpeng Trade Co., Ltd. | Exh. 1 - part 1.pdf | 35 |
| 13 | Xpeixing | Exh. 1 - part 1.pdf | 38 |
| 14 | xupuxiantanzhoushangmaoyouxiangongsi | Exh. 1 - part 1.pdf | 41 |
| 15 | zhongyuqinger | Exh. 1 - part 1.pdf | 43 |
| 16 | GF Zhong | Exh. 1 - part 1.pdf | 46 |
| 17 | wanhenmao | Exh. 1 - part 1.pdf | 49 |

DEF NO.: 1, STORENAME: Arrives in 15 days- US                    3
STOREURL: amazon.com/sp?seller=ANVX8X4KN45KL

| UGG Tasman |  |



DEF NO.: 1, STORENAME: Arrives in 15 days- US                    4
STOREURL: amazon.com/sp?seller=ANVX8X4KN45KL



DEF NO.: 1, STORENAME: Arrives in 15 days- US                                    5
STOREURL: amazon.com/sp?seller=ANVX8X4KN45KL



DEF NO.: 2, STORENAME: CNRYRIO-US                                                    6
STOREURL: amazon.com/sp?seller=A2AZ9TQ0N3IDP1

| UGG Tasman |  |
|---|---|



DEF NO.: 2, STORENAME: CNRYRIO-US                                                     7
STOREURL: amazon.com/sp?seller=A2AZ9TQ0N3IDP1



DEF NO.: 2, STORENAME: CNRYRIO-US                                      8
STOREURL: amazon.com/sp?seller=A2AZ9TQ0N3IDP1



DEF NO.: 3, STORENAME: dapeng          9
STOREURL: amazon.com/sp?seller=A3CXQMSK8MQ8VV

| UGG Tasman |  |
| --- | --- |



DEF NO.: 3, STORENAME: dapeng                                                                 10
STOREURL: amazon.com/sp?seller=A3CXQMSK8MQ8VV



Case: 1:25-cv-14106 Document #: 1-1 Filed: 11/18/25 Page 11 of 51 PageID #:22
DEF NO.: 3, STORENAME: dapeng                                                                11
STOREURL: amazon.com/sp?seller=A3CXQMSK8MQ8VV



DEF NO.: 4, STORENAME: Gzzhongjiemaoyiyouxiangongsi                    12
STOREURL: amazon.com/sp?seller=A7JVRRRC16K3Y

| UGG Tasman |  |



DEF NO.: 4, STORENAME: Gzzhongjiemaoyiyouxiangongsi          13
STOREURL: amazon.com/sp?seller=A7JVRRRC16K3Y



DEF NO.: 5, STORENAME: HTC Group                                          14
STOREURL: amazon.com/sp?seller=A2QABGCWX4DBHB

| UGG Tasman |  |
|---|---|



DEF NO.: 5, STORENAME: HTC Group                                                                 15
STOREURL: amazon.com/sp?seller=A2QABGCWX4DBHB



DEF NO.: 5, STORENAME: HTC Group                                                16
STOREURL: amazon.com/sp?seller=A2QABGCWX4DBHB



DEF NO.: 6, STORENAME: Meik-Mangni                                                                    17
STOREURL: amazon.com/sp?seller=A8KD9G5KETAT0

| UGG Tasman |  |
| --- | --- |



DEF NO.: 6, STORENAME: Meik-Mangni
18
STOREURL: amazon.com/sp?seller=A8KD9G5KETAT0



DEF NO.: 7, STORENAME: MICHHH                                                                    19
STOREURL: amazon.com/sp?seller=A1KRZA5N8T5D6U

| UGG Tasman |  |
| --- | --- |



DEF NO.: 7, STORENAME: MICHHH                                                20
STOREURL: amazon.com/sp?seller=A1KRZA5N8T5D6U



DEF NO.: 7, STORENAME: MICHHH                                                                    21
STOREURL: amazon.com/sp?seller=A1KRZA5N8T5D6U



DEF NO.: 8, STORENAME: Mishansha                                                22
STOREURL: amazon.com/sp?seller=A21P7EI9UKXT1Y

| UGG Tasman |  |
|---|---|





DEF NO.: 8, STORENAME: Mishansha        24

STOREURL: amazon.com/sp?seller=A21P7EI9UKXT1Y



DEF NO.: 8, STORENAME: Mishansha                                                                      25
STOREURL: amazon.com/sp?seller=A21P7EI9UKXT1Y



| UGG Tasman |  |
|---|---|



DEF NO.: 9, STORENAME: QWQQW
STOREURL: amazon.com/sp?seller=A1L9I2W4XR181F





DEF NO.: 10, STORENAME: Te Xin Sheng-US Trading Ltd.                    29
STOREURL: amazon.com/sp?seller=A3HB9RAVYBMZTV

| UGG Tasman |  |
|---|---|



DEF NO.: 10, STORENAME: Te Xin Sheng-US Trading Ltd.     30
STOREURL: amazon.com/sp?seller=A3HB9RAVYBMZTV





DEF NO.: 11, STORENAME: TLBBTS                                                                    32
STOREURL: amazon.com/sp?seller=A2U8XL1I9AEBBI

| UGG Tasman |  |



STOREURL: amazon.com/sp?seller=A2U8XL1I9AEBBI



DEF NO.: 11, STORENAME: TLBBTS                                                                          34
STOREURL: amazon.com/sp?seller=A2U8XL1I9AEBBI



DEF NO.: 12, STORENAME: Wanpeng Trade Co., Ltd.                    35
STOREURL: amazon.com/sp?seller=A33M14PXIWR8N9

| UGG Tasman |  |
| --- | --- |





DEF NO.: 12, STORENAME: Wanpeng Trade Co., Ltd.　　　　　　　　　　37
STOREURL: amazon.com/sp?seller=A33M14PXIWR8N9



DEF NO.: 13, STORENAME: Xpeixing                                                    38
STOREURL: amazon.com/sp?seller=A3868ITWG4OQPM

| UGG Tasman |  |



DEF NO.: 13, STORENAME: Xpeixing                                                                          39
STOREURL: amazon.com/sp?seller=A3868ITWG4OQPM





DEF NO.: 14, STORENAME: xupuxiantanzhoushangmaoyouxiangongsi    41
STOREURL: amazon.com/sp?seller=AD9NPC9Z4HBG0

| UGG Tasman |  |
|---|---|



DEF NO.: 14, STORENAME: xupuxiantanzhoushangmaoyouxiangongsi                    42
STOREURL: amazon.com/sp?seller=AD9NPC9Z4HBG0



DEF NO.: 15, STORENAME: zhongyuqinger                                        43
STOREURL: amazon.com/sp?seller=A11JRNARYJM7BR

| UGG Tasman |  |
|---|---|



DEF NO.: 15, STORENAME: zhongyuqinger      44
STOREURL: amazon.com/sp?seller=A11JRNARYJM7BR



DEF NO.: 15, STORENAME: zhongyuqinger                                     45
STOREURL: amazon.com/sp?seller=A11JRNARYJM7BR



DEF NO.: 16, STORENAME: GF Zhong                                                                46
STOREURL: walmart.com/seller/102954980

| UGG Tasman |  |
|---|---|



DEF NO.: 16, STORENAME: GF Zhong                                    47
STOREURL: walmart.com/seller/102954980



DEF NO.: 16, STORENAME: GF Zhong                                                                48
STOREURL: walmart.com/seller/102954980



DEF NO.: 17, STORENAME: wanhenmao 49
STOREURL: walmart.com/seller/102579391

| UGG Tasman |  |
|---|---|



DEF NO.: 17, STORENAME: wanhenmao                                          50
STOREURL: walmart.com/seller/102579391



DEF NO.: 17, STORENAME: wanhenmao                                    51
STOREURL: walmart.com/seller/102579391

